UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYDRA LEILA BEY,

       Plaintiff,

v.                                                        Case No. 10-14640
                                                      Honorable Denise Page Hood

VIRGIL C. SMITH, RAYMOND
J. WOJTOWICZ, WAYNE COUNTY
SHERIFF, and JACOB GHANNAM,

       Defendants.
_____/

## JUDGMENT

       Pursuant to this Court's Order entered this date dismissing the matter,

       Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

       Dated at Detroit, Michigan this 30th day of December, 2011.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                                                           BY:  s/Julie Owens
APPROVED:                                                     Deputy Clerk


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


       I hereby certify that a copy of the foregoing document was mailed to **Jaydra Leila Bey** 1131 West Warren Ave #159, Detroit, MI 48201 and the attorneys of record on this date, Friday, December 30, 2011, by electronic and/or ordinary mail.

                                                                       s/Julie Owens
                                                                       Case Manager